UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DELGUIDICE,<br><br>                                    Plaintiff,<br><br>v.<br><br>P.F. CHANG'S III, LLC,<br><br>                                    Defendant. | Case No.:   23-cv-1601-W-BLM<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

On September 27, 2023, the parties filed a joint Notice of Settlement. ECF No. 4. The Court hereby VACATES the October 5, 2023 Early Neutral Evaluation Conference and Case Management Conference [ECF No. 3], and all other corresponding deadlines. All other matters currently scheduled before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **November 16, 2023**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day.  If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

1

If the fully executed joint motion for dismissal is not filed by **November 16, 2023**, then all counsel of record and unrepresented parties are required to appear in person for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **November 30, 2023** at **9:30 a.m.** in **Courtroom 3D**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

Dated:  9/28/2023

Hon. Barbara L. Major
United States Magistrate Judge